**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MARC EDWARD BRUNE**                                                                 **PLAINTIFF**

**v.**                                    **CASE NO.: 6:10-cv-6088**

**SHERIFF PRESTON GLENN**                                                          **DEFENDANTS**

### J U D G M E N T

For the reasons recited in a Memorandum Opinion of the same date, Judgment is hereby

entered in favor of Defendant and Plaintiff's Complaint, ECF No. 1, is hereby **dismissed with**

**prejudice**.

**IT IS SO ORDERED** this **15th day of December 2011**.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE